## HENDRICKSON MEDICAL INDEX

| PROVIDER | DATES OF VISITS | CHARGES |
|---|---|---|
| A. ST. JOSEPH'S HOSPITAL<br>69 West Exchange Street<br>St. Paul, MN 55102 | 06.08.05 | $4,268.50 |
| B. CAMINO MEDICAL GROUP<br>325 North Mathilda Ave<br>Sunnyvale, CA 94085 | 06.21.05 – 02.24.07 | $12,184.60 |
| C. EL CAMINO HOSPITAL<br>2500 Grant Rd.<br>Mountain View, CA 94040 | 06.27.05 | $868.00 |
| D. LOS GATOS MRI<br>800 Pollard Rd. #B101<br>Los Gatos, CA 95032 | 06.23.05 | $ |
| E. CUPERTINO PHYSICAL THERAPY<br>1054 South de Anza Blvd.<br>San Jose, CA 95129 | 07.11.05 – 10.13.05 | $ |
| F. MARK WIELAND, M.D.<br>2485 Hospital Drive, #200<br>Mountain View, CA 94040 | 06.22.05 & 09.25.06 | $270.00 |
| G. MYOFASCIAL THERAPY<br>16275 Los Gatos Blvd.<br>Los Gatos, CA 95032 | 11.01.05 – 05.10.06 | $4,740.00 |
| H. EDWARD LEE, M.D.<br>Ear, Nose, and Throat<br>305 South Drive, Suite 7<br>Mountain View, CA 94040 | 07.22.04 – 12.28.05 | $721.97 |
| I. RESTOR PHYSICAL THERAPY<br>1235 N. Pear Ave., Suite 101<br>Mountain View, CA 94043 | 05.26.05 – 02.21.07 | $9,211.00 |
| J. JEFFREY KLIMAN, M.D.<br>763 Altos Oaks Dr., Suite 2<br>Los Altos, CA 94024 | 04.10.06 – 08.02.06 | $645.00 |
| Total: | | $ 32,639.07 |