1  Paula M. Shaw, Esq. [SBN 116946]
   Nicole L. Child, Esq. [SBN 185006]
2  McDOWELL, MESHOT & SHAW
   1655 N. Main Street, Suite 370
3  Walnut Creek, CA 94596
   Telephone (925) 210-1300
4

5  Attorneys for Defendant
   INDUSTRIAL LUMBER AND PLYWOOD, INC.
6

FILED
2007 AUG 28 P 2: 21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HENDRICKSON,<br><br>    Plaintiff,<br><br>v.<br><br>INDUSTRIAL LUMBER AND PLYWOOD CORPORATION,<br><br>    Defendant. | No.  C 07 02942 –RS<br><br>DECLARATION OF NICOLE L. CHILD IN SUPPORT OF MOTION TO DISMISS FOR A LACK OF PERSONAL JURISDICTION<br><br>Date:  October 10, 2007<br>Time:  9:30 a.m.<br>Dept.:  4 |

I, Nicole L. Child, hereby declare as follows::

1. I am an attorney at law, duly licensed to practice in California, and am an attorney with the law firm McDowell, Meshot & Shaw, attorneys herein for defendant Industrial Lumber and Plywood, Inc.

2. I make this declaration of my personal knowledge, and if called as a witness herein, I am competent to testify to the within facts.

3. I was informed by Michelle McMorrow of Industrial Lumber and Plywood, Inc. that the plaintiff's summons and complaint was served on her via U.S. Mail addressed to their business offices in Minneapolis, Minnesota.

4. On August 23, 2007, plaintiff's counsel left me a voicemail message that the above date and time would be acceptable to him with regard to the hearing on this matter.

Declaration of Nicole L. Child
in Support of Motion to Dismiss

1

1
2    I declare under penalty of perjury that the foregoing is true and correct.
3    Executed on August 24, 2007, in Walnut Creek, California.
4
5                                               _____
                                                 NICOLE L. CHILD
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Nicole L. Child
in Support of Motion to Dismiss

PROOF OF SERVICE

I, Inez M. Davenport, declare as follows:

I am a citizen of the United States, I am over the age of eighteen (18) years and not party to this action; and my business address is 1655 N. Main Street, Walnut Creek, CA 94596.

On the date set forth below, I served the within: DECLARATION OF NICOLE L. CHILD IN SUPPORT OF MOTION TO DISMISS FOR A LACK OF PERSONAL JURISDICTION

__xxx__     **by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Post Office box at Walnut Creek, California, addressed as set forth below.**

_____     by having a true copy thereof personally delivered to the person(s) at the address(s) as set forth below.

_____     by sending a copy via Facsimile to the person(s) at the Facsimile number(s) as set forth below.

David J. Bennion, Esq.
Law Offices of David J. Bennion
95 South Market Street, Suite 360
San Jose, CA 95113
Tele: (408) 298-1948; Fax: (408) 298-1977

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 28, 2007 in Walnut Creek, California.

_____
Inez M. Davenport

Declaration of Nicole L. Child
in Support of Motion to Dismiss

3