1 | David J. Bennion, Esq. – State Bar #38960
**LAW OFFICES OF DAVID J. BENNION**
2 | 95 South Market Street
Suite 360
3 | San Jose, CA 95113
(408) 298-1948
4 | (408) 298-1977 Fax

5 | Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MARY HENDRICKSON, | No.: C07-02942 |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| INDUSTRIAL LUMBER AND PLYWOOD CORPORATION, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: September 6, 2007

LAW OFFICES OF DAVID J. BENNION

By: *David J. Bennion*
DAVID J. BENNION
Attorney for Plaintiff
Mary Hendrickson

# PROOF OF SERVICE

**Case Name:** Hendrickson v. Industrial Lumber & Plywood
**Case No.:** C07-02942

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 95 S. Market Street, Suite 360, San Jose, California 95113. On September 7, 2007, I served the foregoing document, described as set forth below, on the interested parties in this action by placing a true copy thereof enclosed in a parcel at San Jose, California, and addressed as indicated below:

**Documents Served:**

**NOTICE OF VOLUNTARY DISMISSAL**

**Parties Served:**

Paula M. Shaw, Esq.
Nicole L. Child, Esq.
MCDOWELL, MESHOT & SHAW
1655 N. Main Street
Suite 370
Walnut Creek, CA 94596
(925) 210-1300
Attorneys for INDUSTRIAL LUMBER AND PLYWOOD, INC.

__X__  **(By Regular Mail)** I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing affidavit.

_____  **(By Federal Express)** I personally delivered the above document(s) to a Federal Express Station to be delivered on a priority basis on the next business day to the law offices listed above.

_____  **(By Facsimile)** I sent a true copy thereof via telephone facsimile transmission to the law offices listed above.

_____  **(By Personal Service)** I personally delivered a true copy of the attached document to each individual or firm listed above.

__X__  **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Jose, California, on September 7, 2007.

_____
Sean Nolen